# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

**FILED**

Nov 04 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. PAUL ADRIAN SANCHEZ | **CASE NUMBER:** CR 21-0440 MAG  CR |
| **Is This Case Under Seal?** | Yes   No ✔ |
| **Total Number of Defendants:** | 1 ✔   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔   OAK   SJ |
| **Is this a potential high-cost case?** | Yes   No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✔ |
| **Is this a RICO Act gang case?** | Yes   No ✔ |
| **Assigned AUSA (Lead Attorney):** Anna Nguyen | **Date Submitted:** 11/04/2021 |
| **Comments:** Information | |

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM   SAVE PDF

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

36 C.F.R. § 2.31(a)(3) – Vandalism

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Max. imprisonment 6 months; Max. probation 5 years; Max. fine $5,000; $10 Mandatory special assessment fee

**DEFENDANT - U.S**
Paul Adrian Sanchez

DISTRICT COURT NUMBER
CR 21-0440 MAG

**FILED**
Nov 04 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
National Park Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Stephanie M. Hinds
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Anna Nguyen

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☒ Initial Appearance

Defendant Address:
957 Columbus Avenue, San Francisco CA 94133

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 12/06/2021   Before Judge: Joseph C. Spero

Comments:

| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |

**FILED**

Nov 04 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff,  )<br>  v.  )<br>PAUL ADRIAN SANCHEZ,  )<br>    Defendant.  ) | CASE NO.  CR 21-0440 MAG<br><br>VIOLATION:<br>36 C.F.R. § 2.31(a)(3) – Vandalism (Class B Misdemeanor)<br><br>SAN FRANCISCO |

## I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE: (36 C.F.R. § 2.31(a)(3) – Vandalism)

    On or about August 25, 2021, in the Northern District of California, within the Golden Gate National Recreation Area, the defendant,

PAUL ADRIAN SANCHEZ,

destroyed, injured, defaced, and damaged property or real property, in violation of Title 36 of the Code of Federal Regulations Section 2.31(a)(3), a Class B misdemeanor.

INFORMATION                                                              1

| | |
|---|---|
| DATED: _November 4, 2021 | STEPHANIE M. HINDS<br>Acting United States Attorney<br><br>/s/ Anna Nguyen<br>ANNA NGUYEN<br>Special Assistant United States Attorney |

INFORMATION                                                 2