| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | HALLIE HOFFMAN (CABN 210020) |
| 3 | Chief, Criminal Division |
| 4 | ANNA NGUYEN (CABN 335873)<br>Special Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| 6 | San Francisco, California 94102-3495<br>Telephone: (415) 436-7200 |
| 7 | FAX: (415) 436-7234<br>Anna.Nguyen@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:21-cr-00440-MAG-1 |
| Plaintiff, | ) | |
| v. | ) | MOTION AND [PROPOSED] ORDER FOR SUMMONS |
| PAUL ADRIAN SANCHEZ, | ) | |
| Defendant. | ) | |

MOTION AND [PROPOSED] ORDER FOR SUMMONS
TBD

Based on the facts set forth in the Affidavit of Anna Nguyen in Support of Motion for Summons, the government moves under Federal Rule of Criminal Procedure 9(a) for a summons for defendant Paul Adrian Sanchez. The facts set forth in the affidavit demonstrate probable cause that the defendant committed the crime charged in the Information filed in the above-captioned matter.

Accordingly, the government requests that the Court issue a summons for Mr. Sanchez to appear on Monday, December 6, 2021 at 10:30 A.M. before the Honorable Joseph C. Spero to respond to the charges in the Information.

DATED: November 12, 2021              Respectfully submitted,

                                      STEPHANIE M. HINDS
                                      Acting United States Attorney

                                       /s/ Anna Nguyen
                                      ANNA NGUYEN
                                      Special Assistant United States Attorney

MOTION AND [PROPOSED] ORDER FOR SUMMONS
TBD

[PROPOSED] ORDER

Pursuant to Fed. R. Crim. P. 9(a), the Clerk of the Court is directed to issue a summons ordering that the defendant to appear on Monday, December 6, 2021 at 10:30 A.M. before the Honorable Joseph C. Spero via Zoom to respond to the charges in the Information.

IT IS SO ORDERED.

Dated: November 12, 2021



HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge

MOTION AND [PROPOSED] ORDER FOR SUMMONS
TBD